UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| RONALD EARL PLOOF,<br><br>    Plaintiffs,<br><br>    v.<br><br>INTERNAL REVENUE SERVICE, et al.,<br><br>    Defendants. | Case No.  15-cv-06040-NJV   (NJV)<br><br>**ORDER VACATING NOTICE OF IMPENDING REASSIGNMENT**<br><br>Re: Dkt. No. 6 |

The Notice of Impending Reassignment (Doc.6) filed on January 11, 2016 is hereby VACATED.  All scheduled hearing dates previously set in this matter remain in effect.

**IT IS SO ORDERED**.

Dated: January 13, 2016

_____
NANDOR J. VADAS
United States Magistrate Judge