UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| RONALD EARL PLOOF,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INTERNAL REVENUE SERVICE, et al.,<br><br>　　　　　Defendants. | Case No.  15-cv-06040-NJV<br><br>**ORDER TAKING MATTER UNDER SUBMISSION**<br><br>Re: Dkt. No. 17 |

Defendant the United States of America has filed a motion to dismiss which is set for hearing before the court on May 3, 2016.  The matter is fully briefed.  Pursuant to Civil Local Rule 7-1(b), the court finds that this matter is appropriate for decision without oral argument and therefore takes the matter under submission.  The matter will be decided on the papers.

**IT IS SO ORDERED**.

Dated: April 7, 2016

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　NANDOR J. VADAS
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge